**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          NO. 4:14CR00010-15 JLH

EDDIE JEROME GILLIAM                                                                         DEFENDANT

**ORDER**

The docket in this matter reflects that J. Blake Hendrix, Jr., entered his appearance as retained counsel for defendant Tellys Arkeith Clemmons at plea and arraignment on April 7, 2014. Subsequently, United States Magistrate Judge Beth Deere appointed CJA Panel Attorney Patrick L. Spivey to represent Eddie Jerome Gilliam on April 17, 2014, with a *nunc pro tunc* date of April 15, 2014. Mr. Hendrix and Mr. Spivey are both lawyers at the Fuqua Campbell law firm. The Court previously determined that a Federal Rule of Criminal Procedure 44(c) Hearing should be scheduled to address this matter.

IT IS THEREFORE ORDERED that the matter of the Rule 44(c) Hearing to address the representation of defendants Clemmons and Gilliam by lawyers of the same law firm is hereby referred to United States Magistrate Judge Beth Deere to address following plea and arraignment for Mr. Gilliam in Case No. 4:14CR00240-01 BRW.

IT IS SO ORDERED this 15th day of December, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE