# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                  No. 4:14CR00010 JLH

EDDIE JEROME GILLIAM                                                  DEFENDANT

## ORDER

The United States has filed a motion and an amended motion to dismiss the charges in Count 11 of the Superseding Indictment and the Second Superseding Indictment on the grounds that Eddie Jerome Gilliam has pled guilty in state court to charges arising from the same conduct as the charges in those counts.[1] The motions are GRANTED. Documents #353 and #354. Count 11 in the Superseding Indictment and the Second Superseding Indictment is hereby dismissed without prejudice.

IT IS SO ORDERED this 12th day of January, 2015.

*J. Leon Holmes*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] The amended motion also seeks to dismiss Count 11 of the original Indictment, but there is no such count.