IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                                    NO. 4:14CR00010-15 JLH

EDDIE JEROME GILLIAM                                                      DEFENDANT

## ORDER

On January 25, 2016, the government filed documents #588, #589, and #590 in this matter, as well as in case number 4:14CR00240. The motions were addressed by Judge Billy Roy Wilson in case number 4:14CR00240, therefore, the Court finds that all pending motions are moot in this case. Documents #588, #589, and #590.

IT IS SO ORDERED this 26th day of January, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE